**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-000073-GPG
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

LORENZO YOUNG,

    Petitioner,

v.

DEBORAH DENHAM, and
UNITED STATES OF AMERICA

    Respondents.

---

**ORDER DIRECTING PETITIONER TO CURE DEFICIENCIES**

---

Petitioner Lorenzo Young initiated this action by filing a Petitioner for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241, in which he claims he is challenging the execution of his federal sentence.  Petitioner has paid the $5 filing fee.

As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that the submitted documents are deficient as described in this Order.  Petitioner will be directed to cure the following if he wishes to pursue his claims.  Any papers that Petitioner files in response to this Order must include the civil action number on this Order.

Petitioner also is instructed that pursuant to 28 U.S.C. § 2243 an application for writ of habeas corpus is directed to the person who has custody of the detained person.  Therefore, Petitioner is directed to name as Respondent the custodian of the facility

where he is detained.

**28 U.S.C. § 1915 Motion and Affidavit**:

(1)     __     is not submitted
(2)     __     is missing affidavit
(3)     __     is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)     __     is missing a certified account statement showing the current balance in Petitioner's prison account
(5)     __     is missing required financial information
(6)     __     is missing an original signature by the prisoner
(7)     __     is not on proper form (must use the Court's current form)
(8)     __     names in caption do not match names in caption of complaint, petition or habeas application
(9)     __     An original and a copy have not been received by the court. Only an original has been received.
(10)    __     other:

**Complaint, Petition or Application**:

(11)    __     is not submitted
(12)    _X_    is not on proper form (must use a Court-approved form)
(13)    __     is missing an original signature by the prisoner
(14)    __     is missing page nos. __
(15)    __     uses et al. instead of listing all parties in caption
(16)    __     An original and a copy have not been received by the court. Only an original has been received.
(17)    __     Sufficient copies to serve each defendant/respondent have not been received by the court.
(18)    __     names in caption do not match names in text
(19)    _X_    other: **Improper Respondent is named**

Accordingly, it is

ORDERED that Petitioner cure the deficiencies designated above **within thirty days from the date of this Order**. Any papers that Petitioner files in response to this Order must include the civil action number on this Order. It is

FURTHER ORDERED that Petitioner shall obtain the Court-approved form used in filing an Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a

Habeas Corpus Action (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at  www.cod.uscourts.gov to be used in curing the noted deficiencies.  It is

FURTHER ORDERED that if Petitioner fails to cure the designated deficiencies **within thirty days from the date of this Order** the action may be dismissed without further notice.

DATED January 12, 2015, at Denver, Colorado.

BY THE COURT:

 s/Gordon P. Gallagher          
United States Magistrate Judge